sion, Third Department. January 4, 1911.) Action by Frederick Bardes and another against James Kinkade. No opinion. Judgment unanimously affirmed, with costs.

BARNUM, Respondent, v. LETTIS, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Linus M. Barnum against Fred Lettis. No opinion. Judgment unanimously affirmed, with costs.

BARRY v. CITY OF NEW YORK. FITZGERALD v. SAME. McGUIRE v. HUGHES, (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Nannie J. Barry and by Annie M. Fitzgerald against the City of New York, and by Constantine J. McGuire against Margaret E. Hughes. No opinions. Motions granted. Orders filed. See, also, 126 N. Y. Supp. 1121, 1137.

BARSON et al., Respondents, v. MULLIGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Charles H. Barson and others against Agnes K. M. Mulligan and others. W. G. Mulligan, for appellants. H. A. Forster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 44, 117 N. Y. Supp. 723.

BARSON et al. v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Charles H. Barson and others against Agnes K. M. Mulligan and others. No opinion. Motion denied, without costs. Order filed. See, also, 133 App. Div. 44, 117 N. Y. Supp. 723.

BATCHELOR, Respondent, v. DEGNON REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Andrew Batchelor, an infant, etc., against the Degnon Realty & Terminal Improvement Company. No opinion. Motion denied, without costs. See, also, 126 N. Y. Supp. 433.

BAUER, Respondent, v. AMBS, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Fred Bauer against Augusta Ambs.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant pay the respondent $10 costs, perfect her appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

BEARER, Appellant, v. PISTOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Thomas Bearer against Harry Pistor and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BEATTYS v. COOK et al. (Supreme Court, Appellate Division, First Department. January 6, 1911.) Action by George D. Beattys, as trustee, etc., against Martin v. Cook and

others. No opinion. Motion granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 125 N. Y. Supp. 1112.

In re BEAUDOIN'S WILL. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) In the matter of proving the last will and testament of Caroline Beaudoin, deceased. No opinion. Decree unanimously affirmed, with costs.

BECKER, Respondent, v. TOWN OF GREENBURG, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Dietrick Becker against the Town of Greenburg. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

BEHRENS, Respondent, v. STURGES et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Margaretha Behrens against Sarah S. S. Sturges and others. No opinion. Order affirmed on reargument, with $10 costs and disbursements. For former opinion, see 138 App. Div. 537, 123 N. Y. Supp. 224. See, also, 139 App. Div. 915, 124 N. Y. Supp. 1109.

BELDEN, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by James Belden against Walston H. Brown and another. L. S. Posner, for appellants. W. H. Hanford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BELFER, Respondent, v. LUDLOW, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Lazarus Belfer against Morgiana Ludlow, impleaded with others. No opinion. Motion denied. See, also, 127 N. Y. Supp. 623.

BELLIS & KLEIN, Respondents, v. NATIONAL FIRE INS. CO. OF HARTFORD, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Bellis & Klein against the National Fire Insurance Company of Hartford. No opinion. Judgment unanimously affirmed, with costs.

BELLOCK et al., Respondents, v. WEITZER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by David Bellock and another against Jacob Weitzer. No opinion. Judgment of the Municipal Court affirmed by default, with costs. See, also, 126 N. Y. Supp. 1121.

BENDICK, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Sidney S. Bendick against Louis G. Meyer. T. O. Callaghan, for appellant. M. C. Katz,